Clerk
Court of Appeals.
Seventh District of Texas.
501 S. Fillmore. Suit. 2-A
Amarillo, Tx 79101-2449.



FILED
JUN 22 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

June 16, 15.

Re: Evangelos Pasonas v. Catherine Thomas.
Case No: 07-15-00090-CY

Dear Clerk

    I am Requesting Confirmation on the Address change, which now Interferres with the Ability to gather Evidence and Statements. I hope the Court will mandate my Return for Legal Justification and Trial.

    New Address
    Lynaugh Unit
    1098 S. Hwy 2037
    Fort Stockton, Tx 79735.

            Sincerely,
            Evangelos Pasonas

Evan Pacholis
1626253
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

MIDLAND /ODESSA
TX 797 11
17 JUN 2015 PM

FOREVER USA

LEGAL.

Clerk

Court of Appeals.
Seventh District of Texas.
501 S. Fillmore. Suite 2-A
Amarillo, Tx 79101-2449

79101132449